UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA C. KAGAN

Write the full name of each plaintiff.

19 CV 10852

(Include case number if one has been assigned)

-against-

ROUNDABOUT THEATRE COMPANY
TODD HAIMES
JULIA C. LEVY

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☐ Yes    ☐ No

*Received SDNY Pro Se Office 2019 NOV 21 PM 4:16*

# EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/24/19

I. PARTIES

A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

BARBARA / C / KAGAN
First Name / Middle Initial / Last Name

75 MONTGOMERY STREET #2E
Street Address

NEW YORK / N.Y. / 10002
County, City / State / Zip Code

917 309-1296 / bckaganphotographs@yahoo.com
Telephone Number / Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: ROUNDABOUT THEATRE COMPANY
Name
231 W. 39TH STREET #1200
Address where defendant may be served
NEW YORK, N.Y. 10018
County, City / State / Zip Code

Defendant 2: TODD HAIMES
Name
231 W. 39TH STREET #1200
Address where defendant may be served
NEW YORK, NY 10018
County, City / State / Zip Code

Page 2

Defendant 3:

**Name:** JULIA C LEVY

**Address where defendant may be served:** 231 W. 39TH STREET #1200

**County, City:** NEW YORK  **State:** N.Y.  **Zip Code:** 10018

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

**Name:** ROUNDABOUT THEATRE COMPANY

**Address:** 231 W. 39TH STREET #1200

**County, City:** NEW YORK  **State:** N.Y.  **Zip Code:** 10018

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☑ religion: _____

☐ sex: _____

☐ national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _____

☑ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: 1952

☑ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

☑ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

B. **Other Claims**

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

IV. STATEMENT OF CLAIM

A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☑ terminated my employment
- ☑ did not promote me
- ☑ did not accommodate my disability
- ☑ provided me with terms and conditions of employment different from those of similar employees
- ☑ retaliated against me
- ☑ harassed me or created a hostile work environment
- ☐ other (specify): _____

B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

EXPERIENCED INSENSITIVE REMARKS AND BEHAVIOR REGARDING MY RELIGION. WHEN I REPORTED THESE EVENTS I WAS THREATENED WITH DISAPLINARY ACTION AND RETALIATED AGAINST. FACING FALSE CLAIMS FROM MANAGEMENT AND SCRUTINY NOT GIVEN TO OTHER EMPLOYEES. WHEN HOSTILE WORK ENVIRONMENT EXACERBATED MY ANXIETY DISORDER WAS DENIED SCHEDULE ACCOMODATION

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

    When did you file your charge? _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

    What is the date on the Notice? _____

    When did you receive the Notice? _____

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

LOST OF WORK, LOSS OF EMPLOYMENT, MEDICAL EXPENSES, PAIN AND SUFFERING.

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 11/21/2019 | _[signature]_ |
| Dated | Plaintiff's Signature |

| BARBARA | C | KAGAN |
|---|---|---|
| First Name | Middle Initial | Last Name |

75 MONTGOMERY STREET #2E
Street Address

| NEW YORK | N.Y. | 10002 |
|---|---|---|
| County, City | State | Zip Code |

| 917 309 1296 | bckaganphotographs@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625

Barbara C. Kagan
75 Montgomery Street
Apt. #2E
New York, NY 10002

Re: Barbara C. Kagan v. ROUNDABOUT THEATRE COMPANY
EEOC Charge No. 520-2019-00847

Dear Ms. Kagan:

The Equal Employment Opportunity Commission ("EEOC" or "Commission") has reviewed your charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce. In accordance with these procedures, we have evaluated your charge based upon the evidence provided.

You allege that you were subjected to retaliation and discriminated against by ROUNDABOUT THEATRE COMPANY ("Respondent") based on your disability and religion. Respondent's position statement has been previously shared with you. Your rebuttal to this position statement has been received and reviewed.

Based upon a review of information and documents submitted by you and the Respondent, the Commission is unable to conclude that the information establishes a violation of Federal law on the part of the Respondent. Although you may disagree with this determination, it is very unlikely that EEOC would find a violation if it invested additional resources. Therefore, the EEOC has decided not to further pursue its investigation of this charge and no further action will be taken by the Commission regarding this matter.

Enclosed is your Notice of Dismissal and Right to Sue. This determination is final. If you wish to pursue this matter on your own, you may file a lawsuit against the Respondent named in your charge in Federal District Court **within 90 days of receipt of your Notice of Dismissal and Right to Sue.**

Sincerely,

_____ for       AUG 2 1 2019
Kevin J. Berry                          Date
District Director

Enc.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2019-00847 |
|---|---|---|

New York State Division Of Human Rights _____ and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Barbara C Kagan | Home Phone<br>(917) 309-1296 | Year of Birth<br>1952 |
|---|---|---|

Street Address                           City, State and ZIP Code
75 Montgomery Street, #2E,  NEW, NY 10002

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (_If more than two, list under PARTICULARS below._)

| Name<br>ROUNDABOUT THEATRE COMPANY | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                           City, State and ZIP Code
231 West 39th Street, Suite 1200,  NYC, NY 10018

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                           City, State and ZIP Code

DISCRIMINATION BASED ON (_Check appropriate box(es)._)

☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (_Specify_)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-11-2019    Latest: 01-11-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (_If additional paper is needed, attach extra sheet(s)_):

I was employed as an Usher with Roundabout Theatre Company (Respondent) from 2015 until I was forcefully made to resign on January 11, 2019. I was out on medical leave with no return date and before I could return to work, I was terminated.

I was denied a temporary schedule change as a reasonable accommodation for my disability. I was repeatedly coerced and pressured to resign my position, by management team, when I submitted a doctor's letter of recommendation in March of 2018. Requests to Human Resources for assistance was ignored.

I wrote to a company officer for help and after a month was sent an email that failed to address the hostile work environment and any of my detailed complaints. The emails from Human Resources dated mid November 2018, continue to deny the conditions that threaten to exacerbate my health problems. I have been facing ongoing discrimination and retaliation dating back a few years from several incidents pertaining to inappropriate, insensitive remarks, behaviors and bullying.

Human Resources said my doctor should have explained to my manager Joy Magyawe, what 'undue duress' means. Human Resources claimed a missing doctor's note was all he uncovered in a month long 'through investigation'. The doctor's note in

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Barbara Kagan on 02-22-2019 12:58 PM EST | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(_month, day, year_) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2019-00847 |
|---|---|---|
| | New York State Division Of Human Rights<br>*State or local Agency, if any* | and EEOC |

question was mailed with my detailed letter. No matter how many times I mentioned this I was ignored. No other explanation was given for what I had experienced pertaining to my religion (Jewish).

In retaliation for my protected activity I was written up for false claims, subjected to monitoring others were not subject to, passed over and denied higher paying sub work and open positions.

A number of my co-workers asked for schedule accommodations for a variety of reasons. As far as I could see I was being pressured to resign my position more aggressively than the others. My co-workers were all 40 years younger than me, and I was the only Jewish person on the staff for my first 3 years.

After those early years there was one other Jewish woman over 40 on our staff. She seemed hesitant to be too friendly with me but did mention many times, mistreatment and disrespect from the management team. In one conversation we had, she referred to me as a 'survivor'.

Two major incidents regarding inappropriate behaviors and comments from my co-workers regarding Jewish people and Judaism seemed to turn my work experience around and motivated the retaliation. Early on there was some indication that I was possibly being retaliated against for incidents that occurred at my last job. It is an industry where personnel move between companies was done fairly regularly.

Based on the above, I believe I was subjected to retaliation and discriminated against based on my religion (Jewish), in violation of Title VII of the Civil Rights Act of 1964, as amended. I was further discriminated based on my disability in violation of the American with Disabilities Act (ADA), as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Barbara Kagan on 02-22-2019 12:58 PM EST | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

My claim is for ongoing discrimination and retaliation for my age,
my religion, and for reporting religious discrimination in the workplace.
The harassment and retaliation I experienced effected my health negatively. I was denied any accommodation for my schedule to recuperate. I was offered no solution or relief from the hostile environment exacerbating my condition
These actions culminated in discrimination for a disability and a denial of accommodation for a disability in order to coerce me to resign my position.- and then to force my resignation.
Management's motivation to terminate my employment was on going religious discrimination and retaliation for reporting discrimination in the workplace.

The first discriminatory event regarding my religion happened in the early months of my full-time hiring at the Stephen Sondheim Theater.

I was approached by ~~Chardia Reynolds~~ in the lobby while the patrons waited with us for the house to open.. The intent of my co-worker was to bully, make fun of, and marginalize me for my religion.
I was shocked, hurt, frightened by her intent.

Her bullying included going to our supervisor (the head usher) with a fabricated story laying the blame for the incident on me.

This bullying technique became a pattern over time. A co-worker would say something insensitive, ignorant, marginalizing .
I would never be asked, or allowed to give management my own account of what happened.
I would always be held to blame for being the target.

~~Chardia Reynolds~~ is the daughter of a Roundabout Theater manager.

I feel it's a mistake to dismiss the power of a gesture.
Making a cross with one's fingers is a well known gesture that predates the 18th century.
It is commonly used to invoke the power of the cross against evil.

The Star of David is the most recognized symbol of the Jewish people.
Pointing a 'protection against evil' cross at a Star of David is a clear anti-semiitic statement.

I have counted about 8 to 9 circumstances when something discriminatory was said to me regarding my religion.

This includes being falsely held responsible for "a smell" in the locker room
I was cruelly and inappropriately approached in the lobby by one of my co-workers regarding this matter - when I spoke to management about it - I was held to blame for my co-workers aggression toward me.
When the true source of odor in the locker room was discovered, there was no apology forthcoming from my co-worker or management. In fact management continued to connect random "smell" issues in the locker room to me without cause.

The "smelly jew" is one of the oldest anti-semitic slanders.

The most damaging event was when a co-worker made a number of insensitive remarks about Jewish jokes in the locker room.
"People tell jokes about Jewish people all the time" - the co-worker stated a couple of times
And "They like it"
implying that all Jewish people enjoy the telling of Jewish jokes

The phrase "Old Jews Telling Jokes" (the title of an Off Broadway show) was repeated over and over by the co-worker although I told her repeatedly how uncomfortable her statements were making me.
She did not stop and eventually drove me from the room. Before I left I said clearly to her :"You are not stopping - so I am going to leave the room."

When I spoke to management about the incident the Assistant Manager threatened me with disciplinary action if I reported discrimination in the theater again.

Six weeks later I was called into the management office and written up for 5 false lateness claims and some extremely harsh but baseless, senseless criticism of my work.
This was a clear retaliatory attempt to begin a paper trail for a suspension.

For months afterwards my arrival times were scrutinized by the Ms. [MANAGER] and my supervisor, Karen in a manner reserved only for me. I was being held to a standard different from my co-workers and it was done in an overt manner to cause me heightened anxiety
about my job.

At the time of this incident I was the only Jewish usher at the Stephen Sondheim Theater.
At least 30 years older than all my co-workers.



729 7th Ave
12th Floor
New York NY 10019

April 5, 2018

To Whom It May Concern,

I am the treating physician for Ms. Barbara Kagan. I can verify that she is currently suffering from an active medical problem. Due to her current condition, I support her continuing her current work schedule and recommend 4 shifts per week. I feel she should maintain this current schedule for a minimum of 8 weeks; at which time I will re-evaluate her. As always, but especially at this time, I ask that she is not placed under any undue duress as it can exacerbate her medical condition.

Please do not hesitate to contact me should you have additional concerns or questions.

Sincerely,

Jason H. Kindt, DO
Board Certified Family Medicine
Assistant Professor, Icahn School of Medicine at Mount Sinai
Medical Director
Samuel J. Friedman Health Center for the Performing Arts
729 7th Avenue, 12th Floor
New York, NY 10019
(T) 212-489-1939
(F) 212-930-7331



The Actors Fund,
for everyone in entertainment
www.actorsfund.org

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Barbara C. Kagan<br>75 Montgomery Street<br>Apt. #2E<br>New York, NY 10002 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2019-00847 | Debra L. Richards,<br>Investigator | (212) 336-3768 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                                                                                   08/21/2019

Enclosures(s)                     **Kevin J. Berry,**                                     *(Date Mailed)*
                                  **District Director**

cc:  **ROUNDABOUT THEATRE COMPANY**
     **Attn: Steve Dow, Chief Administration Officer**
     **231 West 39th Street**
     **Suite 1200**
     **New York, NY 10018**