USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA C. KAGAN,

    Plaintiff,

-against-

ROUNDABOUT THEATER COMPANY, et al.,

    Defendants.

19-CV-10852 (ALC) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

The Court reminds the parties that this action has been referred to the Court's Alternative Dispute Resolution program of mediation. (*See* Dkt. No. 6.) In the event that mediation does not successfully resolve all of the claims at issue in this action, defendants shall file a letter, no later than **seven days after the conclusion of mediation**, informing the Court that the mediation was not successful and proposing three dates, within six weeks of the date of their letter, on which the parties are available for an initial case management conference.

Parties and counsel are further cautioned:

1.    All discovery must be initiated in time to be concluded by the close of discovery set by the Court.

2. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless a party shows good cause why more formal briefing should be required. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

3. For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

4. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

5. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains attachments, which must be attached with protruding tabs.

6. If you are aware of any party or attorney who should receive notice in this action, other than those currently listed on the docket sheet, please notify Courtroom Deputy Kevin Snell at (212) 805-0228 immediately.

7. Plaintiff is hereby notified that all letters and other communications with the Court from pro se parties must be submitted to the Pro Se Intake Unit in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 (telephone 212-805-

0175). The Pro Se Intake Unit may be of assistance to pro se litigants in connection with court procedures.

The Clerk of Court is respectfully directed to mail (1) a copy of this Order, and (2) a copy of the Court's Mediation Referral Order for *Pro Se* Employment Discrimination Cases (Dkt. No. 6), to the plaintiff.

Dated: New York, New York  
March 4, 2020

**SO ORDERED**.

**BARBARA MOSES**  
**United States Magistrate Judge**